IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CLIPPER BULK SHIPPING LTD.,

        Plaintiff,

v.

MICHIGAN SALT PRODUCTS LLC,
MICHIGAN BULK LLC,
ISLAND SIX HOLDINGS LLC,
ANDREW LINDAMOOD, and
SAMANTHA LINDAMOOD,

        Defendants.

Case No. 22-13007

Hon. George Caram Steeh

## NOTICE OF FILING

TO:    Michigan Bulk LLC                              Michigan Bulk LLC
        Registered Agent Andrew Lindamood    Registered Agent Andrew Lindamood
        1120 S. Lapeer Road, Suite 200               1820 Chieftan Circle
        Oxford, MI 48371                                    Oxford, MI  48371

        PLEASE TAKE NOTICE that on the 10th day of February 2023, we caused to be electronically filed with the Clerk of the United States District Court for the Eastern District of Michigan the attached **Motion Under Federal Rule of Civil Procedure 65 and Local Rule 65.1 to Issue Temporary Restraining Order Against Current Owner Island Six Holdings LLC and Related Defendants from Transferring Certain Properties Under the Uniform Voidable Transactions Act**, a copy of which is attached and hereby served upon you.

Dated: February 10, 2023                      Respectfully submitted,
                                                  CLIPPER BULK SHIPPING LTD.

                                                  By: /s/     Trisha M. Rich
                                                            One of Its Attorneys

Trisha M. Rich (P70710)
HOLLAND & KNIGHT LLP
150 North Riverside Plaza, Suite 2700
Chicago, Illinois 60606
Tel.: (312) 263-3600
Fax: (312) 578-6666
trisha.rich@hklaw.com
Attorneys for Plaintiff