# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

CLIPPER BULK SHIPPING LTD.,　　　　　Case No. 22-cv-13007
　　　　　　　　　　　　　　　　　　　Hon. George Caram Steeh
　　　　　Plaintiff,　　　　　　　　　　Mag. David R. Grand

v

MICHIGAN SALT PRODUCTS LLC,
MICHIGAN BULK LLC,
ISLAND SIX HOLDINGS LLC,
ANDREW LINDAMOOD and
SAMANTHA LINDAMOOD,

　　　　　Defendants.
_____/

| | |
|---|---|
| TRISHA M. RICH (P70710) | GEOFFREY S. WAGNER (P70839) |
| Attorney for Plaintiff | Attorney for Defendants |
| HOLLAND & KNIGHT LLP | GIARMARCO, MULLINS & |
| 150 N. Riverside Plaza, Suite 2700 | HORTON, P.C. |
| Chicago, IL 60606 | 101 W. Big Beaver Road, 10th Floor |
| (312) 263-3600; Fax: (312) 578-6666 | Troy, MI 48084 |
| trisha.rich@hklaw.com | (248) 457-7000; Fax: (248) 457-7001 |
| | gwagner@gmhlaw.com |

_____/

## **APPEARANCE**

　　　PLEASE ENTER the Appearance of Geoffrey S. Wagner, Esq. as counsel for Defendants, MICHIGAN SALT PRODUCTS LLC, MICHIGAN BULK LLC, ISLAND SIX HOLDINGS LLC, ANDREW LINDAMOOD AND SAMANTHA LINDAMOOD, with regard to the above-captioned matter.

GIARMARCO, MULLINS & HORTON, P.C.

By:    */s/ Geoffrey S. Wagner*
GEOFFREY S. WAGNER (P70839)
Attorney for Defendants
GIARMARCO, MULLINS & HORTON, P.C.
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084
(248) 457-7000; Fax: (248) 457-7001
gwagner@gmhlaw.com

Dated: February 13, 2023

## **CERTIFICATE SERVICE**

GEOFFREY S. WAGNER states that on the February 13, 2023, he did serve a copy of the foregoing document via the Court's electronic filing system, on the aforementioned date, which will send notification of such filing to the attorneys of record.

By:    */s/ Geoffrey S. Wagner*
GEOFFREY S. WAGNER (P70839)

Dated: February 13, 2023

2