UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Clipper Bulk Shipping,

                Plaintiff(s),

v.                                          Case No. 2:22−cv−13007−GCS−DRG
                                            Hon. George Caram Steeh

Michigan Salt Products, LLC, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge George Caram Steeh at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are scheduled for hearing:

    Motion for TRO − #14

- RESPONSE DUE:  February 27, 2023
- REPLY DUE:  March 6, 2023
- MOTION HEARING:  March 16, 2023 at 10:00 AM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                      By: s/M. Lang
                                                  Acting in the absence of Brianna Sauve

Dated:  February 15, 2023