UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CLIPPER BULK SHIPPING LTD.,   Case No. 22-cv-13007
                              Hon. George Caram Steeh
          Plaintiff,          Mag. David R. Grand

v.

MICHIGAN SALT PRODUCTS LLC,
MICHIGAN BULK LLC,
ISLAND SIX HOLDINGS LLC,
ANDREW LINDAMOOD and
SAMANTHA LINDAMOOD,

          Defendants.
_____/

| Trisha M. Rich (P70710) | Geoffrey S. Wagner (P70839) |
|---|---|
| Attorney for Plaintiff | Attorney for Defendants |
| HOLLAND & KNIGHT LLP | GIARMARCO, MULLINS & HORTON, P.C. |
| 150 N. Riverside Plaza, Suite 2700 | 101 W. Big Beaver Road, 10th Floor |
| Chicago, IL 60606 | Troy, MI 48084 |
| (312) 263-3600; Fax: (312) 578-6666 | (248) 457-7000; Fax: (248) 457-7001 |
| trisha.rich@hklaw.com | gwagner@gmhlaw.com |

_____/

### STIPULATED ORDER RESOLVING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER (ECF NO. 14)

This matter having come before the Court upon the filing of Plaintiff's Motion for Temporary Restraining Order; the parties having reached an agreement regarding the issues raised therein; and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the three (3) parcels of real property owned by Defendant, Island Six Holdings, LLC (i.e., Parcel Nos. 09-33-351-003; 09-33-351-030; and 09-33-351-031) and identified by Plaintiff in ¶ 8 of its Motion shall not

be sold or otherwise transferred while this case remains pending.

IT IS FURTHER ORDERED that this Order has no impact on the sale and/or transfer of other properties owned by the Defendants.

**IT IS SO ORDERED**.

s/George Caram Steeh<br>U.S. District Court Judge

Dated: March 6, 2023

*I hereby stipulate to entry of the above Order:*

By: */s/ Trisha M. Rich*  
   Trisha M. Rich (P70710)  
   Attorney for Plaintiff  
   trisha.rich@hklaw.com

By: */s/ Geoffrey S. Wagner*  
   Geoffrey S. Wagner (P70839)  
   Attorney for Defendants  
   gwagner@gmhlaw.com